```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

EDWARD THOMPSON,                :

    Plaintiff,              :

vs.                             :       CIVIL ACTION 04-0327-WS-M

BILL RICHARDSON, et al.,        :

    Defendants.             :

## ORDER

    After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

    DONE this 27th day of March, 2007.

                                  s/WILLIAM H. STEELE
                                  UNITED STATES DISTRICT JUDGE