IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

EDWARD THOMPSON,                    :

    Plaintiff,                     :

vs.                                 :       CIVIL ACTION 04-0327-WS-M

BILL RICHARDSON, et al.,            :

    Defendants.                    :


JUDGMENT

    It is ORDERED, ADJUDGED, and DECREED that Plaintiff's Complaint be and is hereby DISMISSED with prejudice.

    DONE this 27th day of March, 2007.


    s/WILLIAM H. STEELE
    UNITED STATES DISTRICT JUDGE